United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Beasley, Rex G. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Monday, April 29, 2019 |
| Re: | 01:17-CR-00227-XR / Doc # 226 / Filed On: 04/25/2019 05:12 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Objections to Presentence Investigation Report and/or Responses to Objections to Presentence Report ARE NOT filed with the Clerk's Office. These documents MUST be filed with the Probation Office.